OPINION — AG — ** CHILD — STUDENT — SCHOOLS ** A CHILD " WHO IS NOT EIGHTEEN(18) YEARS OF AGE IN APRIL WHEN THE ENUMERATION IS TAKEN, BUT WHO WILL BE EIGHTEEN(18) YEARS OF AGE BEFORE THE FIRST DAY OF THE FOLLOWING SEPTEMBER, " SHOULD BE ENUMERATED. (SCHOOL, POPULATION, SCHOOL AGE COUNTING, SCHOOL POPULATION, ENUMERATED) CITE: 70 O.S. 10-4 [70-10-4] (J. H. JOHNSON)